# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:20-MJ-09021 |
| Plaintiff, | ) |
| | ) MAGISTRATE JUDGE WILLIAM H. |
| vs. | ) BAUGHMAN, JR. |
| | ) |
| MICHAEL ACKERMAN, | ) |
| | ) **NOTICE OF APPEARANCE** |
| Defendant. | ) |

Undersigned counsel, Paul M. Flannery, Christos N. Georgalis, and Robert J. Porter hereby enter a Notice of Appearance on behalf of the Defendant, Michael Ackerman, in the above-captioned case for the limited purpose of Defendant's Initial Appearance pursuant to Fed. R. Crim. P. 5. Please add Paul M. Flannery, Christos N. Georgalis, and Robert J. Porter to the docket as counsel of record for Mr. Ackerman. Please forward all Court notifications, correspondence, and pleadings to the address listed below.

Respectfully submitted,

/s/ *Paul M. Flannery*
Paul M. Flannery (OH: 0091480)
**Flannery | Georgalis, LLC**
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
Telephone: (216) 367-2094
Email: paul@flannerygeorgalis.com

/s/ *Christos N. Georgalis*
Christos N. Georgalis (OH: 0079433)
**Flannery | Georgalis, LLC**
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
Telephone: (216) 367-2095
Email: chris@flannerygeorgalis.com

/s/ *Robert J. Porter*
Robert J. Porter (OH: 0098996)
**Flannery | Georgalis, LLC**
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
Telephone: (216) 930-4719
Email: rporter@flannerygeorgalis.com

*Attorneys for Defendant Michael Ackerman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ *Paul M. Flannery*
Paul M. Flannery

*Attorneys for Defendant Michael Ackerman*